THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE TRUCKING INC., a Washington corporation,<br><br>Defendant.<br>. | NO.   C21-215-RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE COURT DATES |

THIS MATTER having come on to be heard on the motion of Plaintiff, Plaintiff appearing through its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Plaintiff is requesting a 60-day continuance of each of the scheduled deadlines for the FRCP Conference for April 2, 2021, Initial Disclosures for April 9, 2021 and Joint Status Report for April 16, 2021, to give the process server time to serve the Defendant, as the Plaintiff filed its Complaint with the Court on February 22, 2021, the lawsuit was sent for service on the Defendant on March 1, 2021, and the process server is doing a skip trace on the Defendant as the address on file with the Secretary of State is a UPS store, Box 547, where the Defendant is receiving mail, now, therefore;

IT IS HEREBY ORDERED that Plaintiff's Motion to Continue Court Dates has been granted as follows:

    Deadline for FRCP 26(f) conference……………..June 1, 2021

    Initial Disclosures Pursuant to FRCP 26(a)………June 8, 2021

    Combined Joint Status Report and Discovery
     Plan as Required by FRCP 26(f), and Local
     Rule CR 16……………………………………June 15, 2021

DATED this 12th day of April, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented for Entry by:

*/s/Russell J. Reid*
Russell J. Reid, WSBA #2560
Reid, McCarthy, Ballew & Leahy, LLP
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Attorney for Plaintiff